**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**SYRACUSE DIVISION**

Scott M. Favata and
Kristina S. Mullen

                 Plaintiff(s),         **CASE NO.:  5:23-cv-01549-BKS-TWD**

v.

JD Motors of CNY, Ltd. and
Credit Acceptance Corporation

                 Defendant(s).

---

**NOTICE OF MOTION**

| | |
|---|---|
| Motion by: | Plaintiffs Scott M. Favata and Kristina S. Mullen |
| Date, Time, & Place: | **June 21, 2024**, on submission<br>U.S. District Court for the Northern District of New York<br>Clerk's Office |
| Relief Requested: | Entry of Default Judgment for a Sum Certain of **$24,380.37** for Principal Amount Due, Interest to Date of Judgment, Per Diem Rate of Interest, Costs and Taxable Disbursements against JD Motors of CNY, Ltd. |
| Supporting Papers: | 1) Declaration of Scott M. Favata, with supporting Exhibits 1-5;<br>2) Declaration of Russell W. Dombrow, with supporting Exhibits 1-2;<br>3) Statement in Support of Clerk's Entry of Default Judgment Pursuant to Fed. R. Civ. P. 55(b)(1) & LR 55(a) |
| Action Type: | Truth in Lending and state claims based on supplemental jurisdiction |

**DOMBROW LAW FIRM**
499 SOUTH WARREN STREET, SUITE 405, SYRACUSE, NEW YORK 13202 – 2628
TELEPHONE:  (315) 409 – 7709 / TEXT:  (315) 299 – 3535
WWW.DOMBROWLAWFIRM.COM

Opposing Papers:        Pursuant to Fed. R. Civ. P. 55(b)(1) and Local Rule 55.2(a)
                        and 7.1(a)(1), opposing papers, if any, are to be served no
                        later than twenty-one (21) days after service of this motion.

Dated:        May 31, 2024                    Respectfully Submitted,

                                              **DOMBROW LAW FIRM**,
                                              as Plaintiff's Counsel

                                              /s/ *Russell W. Dombrow*

                                              Russell W. Dombrow, Esq.
                                              NDNY Bar Roll No. 516948
                                              N.Y.S. Atty. Reg. No. 4847661
                                              **DOMBROW LAW FIRM**
                                              499 South Warren Street, Suite 405
                                              Syracuse, New York 13202 – 2628
                                              Telephone:    (315) 409 – 7709
                                              Russell@DombrowLawFirm.com

**DOMBROW LAW FIRM**
499 SOUTH WARREN STREET, SUITE 405, SYRACUSE, NEW YORK 13202 – 2628
TELEPHONE:  (315) 409 – 7709 / TEXT:  (315) 299 – 3535
WWW.DOMBROWLAWFIRM.COM